IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES VELAZQUEZ,

v.                                                    Case No.  4:13cv382-MW/CAS

SERGEANT B. GRAHAM,
MRS. K. ROBINSON, and
SPENSER FAISON,

      **Defendants.**

_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

      This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No.40, and has also reviewed *de novo* Defendant Graham's objections to the report and recommendation.  ECF No. 41.  Accordingly,

      IT IS ORDERED:

      The report and recommendation is **accepted and adopted**, over Defendant Graham's objections, as this Court's opinion.  The Clerk shall enter judgment stating, "The motion to dismiss of Defendants Graham and Robinson, ECF No. 33, is **GRANTED in part and DISMISSED in part**.  Plaintiff's claims against Defendant Robinson concerning the orchestrated attack and subsequent events is **DISMISSED** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997(e) and for failure state a claim upon which relief may be granted pursuant

1

to 28 U.S.C. § 1915(e)(2).  Plaintiff's Eighth Amendment claims for verbal abuse by Defendants Graham and Robinson are **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2).  This cause is **REMANDED** for further proceedings on Plaintiff's remaining claim against Defendant Graham for retaliation under the First Amendment."

In so ruling, this Court notes that Defendant Graham did not move to strike Plaintiff's claims for damages and thus Plaintiff was not afforded an opportunity to respond.  While Plaintiff may only have a claim for nominal damages, the issue has not properly been raised.  As for Defendant's retaliation claim, it is certainly possible that his claim as it relates to an allegedly false or retaliatory disciplinary report may be subject to dismissal because Plaintiff may have received due process.   This Court is mindful of the documents submitted by Defendant Graham in support of his motion to dismiss, ECF No. 33-3, and the issue will undoubtedly be revisited on summary judgment.

**SO ORDERED on December 15, 2014.**

**s/Mark E. Walker**  
**United States District Judge**
